Action by Margareth Schwarz against Ida Sweitzer. No opinion. Judgment affirmed, with costs.

---

SCOFIELD, Appellant, v. BARNES et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 6, 1909.) Action by Ezra J. Scofield against James T. Barnes and another. No opinion. Judgment and order affirmed, with costs.

---

SEAMAN et al., Appellants, v. McLAURY et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) Action by Emma Seaman and others against Edward R. McLaury as executor, etc., and others. No opinion. Motion denied, without costs. See, also, 118 N. Y. Supp. 809.

---

SEARLE, Appellant, v. HALSTEAD & CO., Respondent. CITY OF NEW YORK, Appellant, v. CORN et al., Respondents. DRESSEL et al., Appellants, v. A. HUPFEL'S SONS, Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Actions by Clifford N. Searle against Halstead & Co., by the city of New York against Henry Corn and another, and by Simon Dressel and others against A. Hupfel's Sons. No opinions. Motions denied, with $10 costs. Orders filed. See, also, 130 App. Div. 693, 115 N. Y. Supp. 405; 117 N. Y. Supp. 514.

---

SECORD, Respondent, v. BROADHEAD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by Irene Secord against William Broadhead and others. No opinion. Judgment and order affirmed, with costs.

---

SELIGMAN, Respondent, v. ANDREWS, Appellant. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by Lewis Seligman against Henrietta G. Andrews. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

---

SENECA NATION OF INDIANS, Respondent, v. JIMESON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1909.) Action by the Seneca Nation of Indians against George T. Jimeson. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 62 Misc. Rep. 91, 114 N. Y. Supp. 401.

---

SEVESS, Respondent, v. LINCOLN, Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Jennie Sevess, an infant, against Arthur W. Lincoln. H. G. Allen, for appellant. A. F. Clark, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

SEYMOUR, Respondent, v. BENNETT et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 15, 1909.) Action by Harry M. Seymour against James A. Bennett and another. No opinion. Motion denied, with costs.

---

SHAUGHNESS, Respondent, v. SOTHERN et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 22, 1909.) Action by Charles Shaughness against Edward H. Sothern and another. No opinion. Order affirmed, with $10 costs and disbursements.

---

SHERMAN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by Blanche Sherman against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment reversed, and new trial ordered, with costs to appellant to abide event. Held, that the evidence as to defendant's negligence and plaintiff's freedom from contributory negligence presented questions of fact for the jury.

ROBSON, J., dissents.

---

SHERWOOD, Respondent, v. RULON et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by M. Cecilia Sherwood, as trustee, etc., against Carrie M. Rulon and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

SHIPPY et al., Appellants, v. UNION BAG & PAPER CO., Respondent. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Action by Hiram S. Shippy and another against the Union Bag & Paper Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

SHULER, Appellant, v. R. S. WESTON TRUCK CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by Henry Shuler against the R. S. Weston Truck Company. No opinion. Judgment and order affirmed, with costs.

---

SIEGEL, Respondent, v. ROSENZWEIG, Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) Action by Harris Siegel against Victor Rosenzweig.

PER CURIAM. Motion denied, on condition that the appeal be perfected and placed on the next calendar of this court, and that the appellant pay $10 costs of this motion within 10 days; otherwise, motion granted, with costs. See, also, 129 App. Div. 547, 114 N. Y. Supp. 179.

---

SIEGMUND, Respondent, v. HAMATI et al., Appellants. (Supreme Court, Appellate